**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Trinidad Flores

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD FLORES,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OR SOCIAL SECURITY<br><br>　　　　Defendant. | 1:09- CV-01294 AWI JLT<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Elizabeth Firer, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than March 3, 2010. Defendant shall have until April 7, 2010 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until May 7, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until June 18, 2010 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: February  1 , 2010　　　　/s/ Robert Ishikawa
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Trinidad Flores

/////

1

1  Dated: February  1 , 2010          /s/ Elizabeth Firer
2                                     _____
                                      Elizabeth Firer
3                                     Special Assistant U.S. Attorney

4
   IT IS SO ORDERED.
5
   Dated:  **February 2, 2010**                    **/s/ Jennifer L. Thurston**
6                                              UNITED STATES MAGISTRATE JUDGE