**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Trinidad Flores

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD FLORES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OR SOCIAL ) <br> SECURITY ) <br> ) <br> Defendant. ) <br> _____) | 1:09- CV-01294 AWI JLT <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff and Defendant have been unable to comply with the scheduling order of February 3, 2010 and therefore mutually request that the following revised schedule be set by the Court: plaintiff shall have until June 7, 2010 to file and serve an opening brief on defendant and the court.  Defendant shall then have until July 18, 2010 to file and serve a responsive brief.  Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: May 10, 2010            /s/ Robert Ishikawa

                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, Trinidad Flores

Dated: May 10, 2010            /s/ Elizabeth Firer

                              _____
                              Elizabeth Firer
                              Special Assistant U.S. Attorney

1

**ORDER**

Counsel is reminded that requests for modification of the briefing schedule will not routinely be granted. According to the Scheduling Order, with the exception of this single, thirty day extension, requests to modify the Scheduling Order must be made by written motion and will be granted only for good cause; a stipulation of counsel is insufficient.

IT IS SO ORDERED.

Dated:   **May 11, 2010**                              /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE